1  CORINNE CHANDLER (SBN 111423)
   E-mail:  cchandler@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, California 91324
   Tel: 818.886.2535 Fax:  818.340.6272
4  Attorneys for Plaintiff Tony Shorney

5  MELISSA M. COWAN (SBN 175326)
   E-Mail:  mcowan@bwslaw.com
6  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
7  Los Angeles, CA  90071-2953
   Tel:  213.236.0600 Fax:  213.236.2700
8  Attorneys for Defendant Hartford Life and
   Accident Insurance Company
9

10              UNITED STATES DISTRICT COURT

11   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13  TONY SHORNEY,                        Case No.  CV11-5274 JSC

14              Plaintiff,               **STIPULATION EXTENDING TIME
                                         FOR DEFENDANT HARTFORD
15  v.                                   LIFE AND ACCIDENT INSURANCE
                                         COMPANY TO RESPOND TO
16  GROUP SHORT TERM                     COMPLAINT PURSUANT TO
    DISABILITY PLAN FOR                  LOCAL RULE 6-1(a)**
17  EMPLOYEES OF BARCLAYS
    GLOBAL INVESTORS, N.A.,
18  GROUP LONG TERM
    DISABILITY PLAN FOR
19  EMPLOYEES OF BARCLAYS
    GOBLA INVESTORS, N.A. AND
20  HARTFORD LIFE AND
    ACCIDENT INSURANCE
21  COMPANY,

22              Defendants.

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1          - 1 -          CASE NO.   CV11-5274 JSC
STIP. FOR A 30 DAY EXT. OF TIME TO
FILE RESPONSIVE PLEADING

1   Plaintiff Tony Shorney ("Shorney") and Defendant Hartford Life and

2   Accident Insurance Company ("Hartford) hereby stipulate, by and through counsel

3   of record, that Defendant Hartford shall have an additional 30 days, that is, until

4   and including December 29, 2011, within which to respond to Plaintiff's

5   Complaint, based on the following:

6

7   1.   Plaintiff Shorney caused the summons and complaint in this action to

8   be served on Hartford on November 8, 2011.  Defendant Hartford's response to the

9   Complaint is due within 21 days after service of the summons, which is November

10   29, 2011.

11

12   2.   Defendant Harford's counsel has requested a 30 day extension of time

13   within which to respond to the Complaint so that she can obtain her client's files

14   and prepare an appropriate response.  Plaintiff has agreed to that request.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1                    - 2 -

CASE NO.  CV11-5274 JSC
STIP. FOR A 30 DAY EXT. OF TIME TO
FILE RESPONSIVE PLEADING

1       3.     This extension will not alter any dates currently scheduled in this case.

IT IS SO STIPULATED.

Dated:  November 11, 2011          KANTOR & KANTOR
Corinne Chandler

By: */s/ Corinne Chandler* [as authorized on 11/10/11]
Corinne Chandler
Attorneys for Plaintiff Tony Shorney

Dated:  November 11, 2011          BURKE, WILLIAMS & SORENSEN, LLP
Melissa M. Cowan

By: */s/ Melissa M. Cowan*
Melissa M. Cowan
Attorneys for Defendant
Hartford Life and Accident
Insurance Company

Dated: 11/14/2011

UNITED STATES DISTRICT COURT

GRANTED

Jacqueline S. Corley

Judge Jacqueline Scott Corley

NORTHERN DISTRICT OF CALIFORNIA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1        - 3 -        CASE NO.  CV11-5274 JSC
STIP. FOR A 30 DAY EXT. OF TIME TO
FILE RESPONSIVE PLEADING